The relief described hereinbelow is SO ORDERED.

Signed August 02, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC. | § | CASE NO. 10-60909-RBK |
| | § | |
| Debtor. | § | Chapter 11 |

## ORDER

Came on for consideration, Pacific Mercantile Bancorp's *Motion for Expedite Hearing on Its Emergency Motion to Prohibit Use of Cash Collateral* (the "Motion"), and the Court, having reviewed and considered the Motion, finds that it is meritorious and should be granted. It is, therefore:

ORDERED that a hearing is set for August 3rd, 2010 @2:30pm in Waco Courtroom #1, Waco, Texas. Ms. Patricia Tomasco shall be responsible for notice.

# # #

Order prepared and submitted by:

Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6109
Facsimile: (512) 226-7103

ATTORNEYS FOR PACIFIC MERCANTILE BANCORP