The relief described hereinbelow is SO ORDERED.

Signed August 09, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC., | § | CASE NO. 10-60909-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

On this day came on to be considered the "Motion to Expedite Hearing on Motion to Dismiss Case" filed by ***Charles F. McVay, United States Trustee for Region 7*** (Court document #26), and it appears to the Court that the Motion should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion to Expedite Hearing* is hereby **DISMISSED AS MOOT**.

# # #