Expedited hearing shall be held on 8/31/2010 at 01:30 PM in Waco Bankruptcy Courtroom 1. Movant is responsible for notice.
The hearing is set for August 31, 2010, at 1:30 p.m. in Waco.

The relief described hereinbelow is SO ORDERED.

Signed August 13, 2010.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC. | § | CASE NO. 10-60909-RBK |
| | § | |
| Debtor. | § | Chapter 11 |

### ORDER GRANTING EMERGENCY MOTION OF PACIFIC MERCANTILE BANCORP TO EXPEDITE HEARING ON ITS MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362(D)(1)

Upon the motion (the "Motion")[1] filed on August 12, 2010 by Pacific Mercantile Bancorp seeking entry of an order expediting its hearing on its Motion for Relief From Automatic Stay under Section 362(d)(1), it appearing that good cause exists to grant the requested relief; the Court having considered the Motion and all related pleadings and documents; it appearing that the form, scope, and timing of notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED that:

---

[1] Capitalized terms not defined herein have the same meaning ascribed to them in the Motion.

1. The Motion is granted in its entirety;

2. The hearing on Pacific Mercantile Bancorp's Motion for Relief from Automatic Stay is set for the date and time listed above; and

3. This Court will retain jurisdiction to hear and determine all matters arising from implementation of this Order.

### 

Order prepared and submitted by:
Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: ptomasco@munsch.com

**ATTORNEYS FOR PACIFIC MERCANTILE BANCORP**