The relief described hereinbelow is SO ORDERED.

Signed August 30, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| COLONY LODGING, INC., | § | CASE NO. 6:10-bk-60909-rbk |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER

Came on for consideration, Steven D. Atlee's *Ex Parte Motion to Appear Pro Hac Vice*, and the Court, having reviewed and considered the Motion, finds that it is meritorious and should be GRANTED. It is therefore

ORDERED that Steven D. Atlee is admitted *pro hac vice* to act as counsel to Pacific Mercantile Bancorp; it is further

ORDERED that this order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

Order prepared and submitted by:

Steven D. Atlee
California Bar No. 151025
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, California  90071
Telephone: (213) 615-1827
Facsimile:  (213) 615-1750
Email:  satlee@winston.com