The relief described hereinbelow is SO ORDERED.

Signed September 01, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC., | § | CASE NO. 10-60909-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

On August 31, 2010, came on to be heard Debtor's "Motion for Authority to Use Cash Collateral and Motion for Preliminary Hearing for Interim Use of Cash Collateral" (Court document #65), and it appears to the Court that the Motion should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion for Authority to Use Cash Collateral* is hereby **DISMISSED AS MOOT**.

# # #