The relief described hereinbelow is SO ORDERED.

Signed September 15, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLONY LODGING, INC., | § | CASE NO. 10-60909-rbk |
| | § | |
| Debtor. | § | Chapter 11 |

**ORDER GRANTING COLONY LODGING, INC.'S APPLICATION TO
RETAIN AND EMPLOY KELLY HART & HALLMAN LLP AS COUNSEL**

The Court having considered Colony Lodging, Inc.'s (the "Debtor") Application to Retain and Employ Kelly Hart & Hallman LLP ("Kelly Hart") as Counsel (the "Application") and the Affidavit of Michael A. McConnell in support of the Application (the "McConnell Affidavit"), and being satisfied that Kelly Hart, its partners, counsel and associates do not hold or represent an interest adverse to the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate; **IT IS THEREFORE**

**ORDERED**, that the Application is granted for the purposes set forth in the Application and the McConnell Affidavit; and it is further

1

**ORDERED**, that Kelly Hart shall be compensated for its services and reimbursed for any related expenses in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

# # # **END OF ORDER** # # #