The relief described hereinbelow is SO ORDERED.

Signed September 16, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC., | § | CASE NO. 10-60909-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**ORDER DISMISSING NOTICE AS WITHDRAWN**

On this day came on to be considered ***Debtor's*** "Notice of Designation as Complex Case" (Court document #6), and it appears to the Court that the Notice should be dismissed as withdrawn.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Notice of Designation* is hereby **DISMISSED AS WITHDRAWN**.

# # #