# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLONY LODGING, INC.. | § | CASE NO. 10-60909-RBK |
| | § | |
| Debtor. | § | Chapter 11 |

## DEBTOR'S NOTICE OF FILING EXTENDED BUDGET

Colony Lodging, Inc. ("Debtor") hereby files its proposed extended budget for October and November 2010 ("Budget"), pursuant to the Agreed Order Authorizing Debtor's Use of Cash Collateral, dated September 7, 2010 [Docket No. 77]. The Budget was forwarded to counsel for Pacific Mercantile Bank ("PMB") on September 20, 2010. PMB has not approved the proposed Budget at this time.

Respectfully submitted,

/s/ *Clay M. Taylor*
Michael A. McConnell
Texas Bar I.D. 13447300
Clay M. Taylor
Texas Bar I.D. 24033261
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

COUNSEL FOR COLONY LODGING INC.

# Colony October Expense Report

| GL Code | Description | Amount |
|---|---|---|
| 6000 | Advertising | |
| | BCS Eagle | $ 107.00 |
| | Apartment Finder | $ 168.00 |
| | Illustratus (Newsletter) | $ 80.50 |
| 7200 | Utilities | |
| | College Station Utilites | $ 7,500.00 |
| 7220 | Atmos Gas | $ 100.00 |
| 7170/2 | Suddenlink | $ 10,000.00 |
| 7230 | (Internet, cable& phone) | |
| 6025 | Dues/License/Membership | |
| | BCS Apartment Association | $ 42.89 |
| 6081 | Software | |
| | AMSI/onsite software | $ 750.00 |
| 7230 | Telephone | |
| | AT&T | $ 51.35 |
| | Kings 111 (Emergency pool phone) | $ 90.93 |
| | Pest Control | |
| 7235 | Swoboda | $ 253.31 |
| | Maintenance | |
| 7070 | Carpet Cleaning | $ 500.00 |
| 1180 | Back 2 New Tub Resurfacing | $ 300.00 |
| 7100 | Plumbing Supplies | $ 1,000.00 |
| 7085 | HVAC Supplies | $ 400.00 |
| 7130 | Miscellaneous Maintenance Supplies | $ 500.00 |
| 1145 | Carpet Replacement | $ - |
| | Reserve Maintenance Emergency/Repairs | $ 5,000.00 |
| 6085 | Office Supplies | $ 500.00 |
| 7310 | Insurance | $ 4,200.00 |
| | Payroll | |
| 8200 | Manager | $ 3,166.68 |
| | Bonnie Fritts-$1583.34 Semi-Monthly | |
| 8220 | Leasing Salary | |
| | Andrea Stacy-$8.50/Hour Part-Time | $ 800.00 |
| | Matt Brown-$8.00/Hour Part-Time | $ 800.00 |
| | Nathan Ybarra-$8.00/Hour Full-Time | $ 1,280.00 |
| 8230 | Maintenance Salary | |
| | Patrick Howard $12.00/Hour Full-Time | $ 2,100.00 |
| | Andrew Cibrian $9.00/Hour Full-Time | $ 1,440.00 |
| | James Aguilar $9.00/Hour Full-Time | $ 1,440.00 |
| | Jose Contreras $8.00/Hour Full-Time | $ 1,280.00 |
| | Payroll Taxes | $ 1,000.00 |
| | Reserve for Prop Taxes($120000 annual) | $ 10,000.00 |
| | Acct/Data Proc'ing/-BCSK Fee/Reimb (8.5%) (Based on $107340.50) | $ 9,123.94 |
| | TOTAL | $ 63,974.60 |
| | Debt service to Pacific Mercantile Bank | $ 39,751.82 |
| | TOTAL BUDGETED CASH OUTFLOW | $ 103,726.42 |

Colony November Expense Report

| GL Code | Description | Amount |
|---|---|---|
| 6000 | Advertising | |
| | BCS Eagle | $ 107.00 |
| | Apartment Finder | $ 168.00 |
| | Illustratus (Newsletter) | $ 80.50 |
| 7200 | Utilities | |
| | College Station Utilites | $ 7,500.00 |
| 7220 | Atmos Gas | $ 100.00 |
| 7170/2 | Suddenlink | $ 10,000.00 |
| 7230 | (Internet, cable& phone) | |
| 6025 | Dues/License/Membership | |
| | BCS Apartment Association | $ 42.89 |
| 6081 | Software | |
| | AMSI/onsite software | $ 750.00 |
| 7230 | Telephone | |
| | AT&T | $ 51.35 |
| | Kings 111 | $ 90.93 |
| | (Emergency pool phone) | |
| | Pest Control | |
| 7235 | Swoboda | $ 253.31 |
| | Maintenance | |
| 7070 | Carpet Cleaning | $ 500.00 |
| 1180 | Back 2 New Tub Resurfacing | $ 300.00 |
| 7100 | Plumbing Supplies | $ 1,000.00 |
| 7085 | HVAC Supplies | $ 400.00 |
| 7130 | Miscellaneous Maintenance Supplies | $ 500.00 |
| 1145 | Carpet Replacement | $ 2,000.00 |
| | Reserve Maintenance Emergency/Repairs | $ - |
| 6085 | Office Supplies | $ 500.00 |
| 7310 | Insurance | $ 4,200.00 |
| | Payroll | |
| 8200 | Manager | $ 3,166.68 |
| | Bonnie Fritts-$1583.34 Semi-Monthly | |
| 8220 | Leasing Salary | |
| | Andrea Stacy-$8.50/Hour Part-Time | $ 800.00 |
| | Matt Brown-$8.00/Hour Part-Time | $ 800.00 |
| | Nathan Ybarra-$8.00/Hour Full-Time | $ 1,280.00 |
| 8230 | Maintenance Salary | |
| | Patrick Howard $12.00/Hour Full-Time | $ 2,100.00 |
| | Andrew Cibrian $9.00/Hour Full-Time | $ 1,440.00 |
| | James Aguilar $9.00/Hour Full-Time | $ 1,440.00 |
| | Jose Contreras $8.00/Hour Full-Time | $ 1,280.00 |
| | Payroll Taxes | $ 1,000.00 |
| | Reserve for Prop Taxes($120000 annual) | $ 10,000.00 |
| | Acct/Data Proc'ing/-BCSK Fee/Reimb (8.5%) (Based on $107011.80) | $ 9,096.00 |
| | TOTAL | $ 60,946.66 |
| | Debt service to Pacific Mercantile Bank | $ 39,751.82 |
| | TOTAL BUDGETED CASH OUTFLOW | $ 100,698.48 |