The relief described hereinbelow is SO ORDERED.

Signed September 23, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLONY LODGING, INC., | § | CASE NO. 10-60909-rbk |
| | § | |
| Debtor. | § | Chapter 11 |

**PROPOSED ORDER GRANTING COLONY LODGING, INC.'S MOTION TO EXPEDITE HEARING ON MOTION TO QUASH PACIFIC MERCANTILE BANK'S NOTICE OF FED. R. BANKR. P. 2004 EXAMINATION REQUEST**

The Court, having considered the Motion to Expedite Hearing (the "Motion to Expedite") on Colony Lodging, Inc.'s Motion to Quash Pacific Mercantile Bank's Notice of Fed. R. Bankr. P. 2004 Examination Request (the "Motion"), finds and concludes that good cause exists for an expedited hearing. It is therefore:

ORDERED that the Motion to Expedite is GRANTED; and it is further;

ORDERED that the Motion is scheduled for expedited hearing on the 29 day of September, 2010 at 10:00 a.m., before the Honorable Ronald B. King at the Hipolito F.

1

Garcia Federal Building and United States Courthouse, 615 E. Houston St., Room 505, San Antonio, Texas 78295-1439. Notice of the hearing shall be given by Colony Lodging, Inc.

###END OF ORDER###