UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NAME:  Colony Lodging, Inc.

Petition Date: 7/27/2010
CASE NUMBER: 10-60909-RBK

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH AUGUST YEAR 2010

| MONTH | AUGUST | | | | | | |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 88745 | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 10413 | | | | | | |
| NET INCOME (LOSS) (MOR-6) | 10413 | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 78332 | | | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No** If so, describe _____
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? PLAN TO BE FILED WITHIN EXCLUSIVITY PERIOD.

| REQUIRED INSURANCE MAINTAINED | | |
|---|---|---|
| AS OF SIGNATURE DATE | EXP. | DATE |
| CASUALTY | YES(✓)NO( ) | 9-20-10 |
| LIABILITY | YES(✓)NO( ) | 9-20-10 |
| VEHICLE | YES(✓)NO( ) | 9-20-10 |
| WORKER'S (IN PROGRESS) | YES( )NO( ) | 9-20-10 |
| OTHER | YES( )NO( ) | |

ATTORNEY NAME: ~~Harriet L. Penson~~ MICHAEL MCCONNELL
FIRM: ~~Penson & Benson~~ KELLY HART & HALLMAN LLP
ADDRESS: ~~3100 Bird Creek Terrace~~ 201 MAIN ST. #2500
ADDRESS:
CITY, STATE, ZIP: ~~Temple, TX 76502-1088~~ FORT WORTH, TX 76102
TELEPHONE: ~~254-780600, 254-780000~~
(817) 332-2500

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE Vice President

MOR-1

CASE NAME: Colony Lodging, Inc.    CASE NUMBER: 10-60909-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 7/27/2010 | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 958 | 11371 | | | | | |
| Accounts Receivable, Net | 140007 | 161,057 | | | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | | | | | |
| Prepaid Expenses | 0 | 0 | | | | | |
| Investments | 0 | 0 | | | | | |
| Other | 0 | 0 | | | | | |
| **TOTAL CURRENT ASSETS** | 140965 | 172,428 | | | | | |
| PROPERTY, PLANT&EQUIP. @ COST (2) | 1000000 | 1000000 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E (2) | 1000000 | 1,000,000 | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | 1,140,965 | 1,172,428 | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 8/14/96

CASE NAME: Colony Lodging, Inc.

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/27/2010 | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | 31,155 | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | |
| Notes Payable-Secured | 6,294,152 | 6,294,152 | | | | | | |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | 61,442 | 61,442 | | | | | | |
| Other (PROP TAXES, OTHER TAX) | 8,315 | 8,315 | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 6,363,909 | 6,395,064 | | | | | | |
| **TOTAL LIABILITIES** | 6,363,909 | 6,395,064 | | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS: Filing Date | (5,222,944) | (5,222,636) | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (5,222,944) | (5,222,636) | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 1,140,965 | 1,172,428 | | | | | | |

MOR-3                                    *Per Schedules and Statement of Affairs

Revised 6/14/90

CASE NAME: Colony Lodging, Inc.  CASE NUMBER: 10-60909-RBK

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 28003 | | | | | | |
| TAX PAYABLE: | | | | | | | |
| Federal Payroll Taxes | 2669 | | | | | | |
| State Payroll & Sales | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | 2669 | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | | |
| 1. CHILD SUPPORT PAYABLE | 483 | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | 31155 | | | | | | |

*Payment Requires Court Approval.

MOR-4

Received 6-14-95

CASE NAME: Colony Lodging, Inc.  CASE NUMBER: 10-60909-RBK

## AGING OF POST-PETITION LIABILITIES
MONTH August

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 31155 | 28003 | 2669 | 0 | 0 | 483 |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | 31155 | 28003 | 2669 | 0 | 0 | 483 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August |
|---|---|
| 0-30 DAYS | 21050 |
| 31-60 DAYS | 0 |
| 61-90 DAYS | 0 |
| 91 + DAYS | 140007 |
| TOTAL | 161057 |

MOR-5

Revised 6/2-96

CASE NAME: Colony Lodging, Inc.  CASE NUMBER: 10-60909-RBK

## STATEMENT OF INCOME (LOSS)

| MONTH | August | | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 88745 | | | | | | | |
| TOTAL COST OF REVENUES | 0 | | | | | | | |
| GROSS PROFIT | 88745 | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 3688 | | | | | | | |
| General & Administrative | 34892 | | | | | | | |
| Insiders Compensation | 0 | | | | | | | |
| Professional Fees | 0 | | | | | | | |
| Other (attach list) | 0 | | | | | | | |
| TOTAL OPERATING EXPENSES | 38580 | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 50165 | | | | | | | |
| INTEREST EXPENSE | | | | | | | | |
| DEPRECIATION (NEAL SNO ADJ.) | | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | | |
| OTHER ITEMS** | | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS (PMB) | 39752 | | | | | | | |
| NET INCOME BEFORE TAXES | 10413 | | | | | | | |
| FEDERAL INCOME TAXES | | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 10413 | | | | | | | |

Accrual Accounting Required, Otherwise Footnote With Explanation
* Footnote Mandatory
** Unusual and or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised 6/1/96

CASE NAME: Colony Lodging, Inc.  CASE NUMBER: 10-60909-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 958 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 78924 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 4550 | | | | | | |
| 4. LOANS & ADVANCES (attach list) | 0 | | | | | | |
| 5. SALE OF ASSETS | 0 | | | | | | |
| 6. OTHER (attach list) PREPAID RENT | 5371 | | | | | | |
| TOTAL RECEIPTS | 88745 | | | | | | |
| (Withdrawal)/Contribution by Individual Debtor MFR-2* | 0 | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 8281 | | | | | | |
| 8. PAYROLL TAXES PAID | 0 | | | | | | |
| 9. SALES, USE, & OTHER TAXES PAID (CH LO Sullivan) | 598 | | | | | | |
| 10. SECURED / RENTAL / LEASES | 0 | | | | | | |
| 11. UTILITIES | 120 | | | | | | |
| 12. INSURANCE | 20808 | | | | | | |
| 13. INVENTORY PURCHASES | 0 | | | | | | |
| 14. VEHICLE EXPENSES | 0 | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 0 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 1624 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 543 | | | | | | |
| 18. OTHER (attach list) BCSK Fee (Court Approved) | 6609 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 38580 | | | | | | |
| 19. PROFESSIONAL FEES | 0 | | | | | | |
| 20. U.S. TRUSTEE FEES | 0 | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) PMB | 39752 | | | | | | |
| TOTAL DISBURSEMENTS | 78332 | | | | | | |
| 22. NET CASH FLOW | 10413 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 11371 | | | | | | |

MOR-7  *Applies to Individual debtor's only.  Revised 6/4/96

CASE NAME: Colony Lodging, Inc.     CASE NUMBER: 10-60909-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF August (PRE-PETITION)

| BANK NAME: | CITI NATIONAL | Pacific Mercantile | CHASE | CHASE (withdrawn) | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER # | | # | #7951/8142 | #7525/8183 | |
| ACCOUNT TYPE | GENERAL OPERATING | GENERAL PAYROLL | GENERAL TAX | MANAGERS BANK ACCTS | TOTAL |
| BANK BALANCE | 0 | 0 | 6932 | 480 | |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 100 | |
| OUTSTANDING CHECKS | 0 | 0 | ⟨100⟩ | ⟨546⟩ | |
| ADJUSTED BANK BALANCE | 0 | 0 | 6832 | 34 | |
| BEGINNING CASH - PER BOOKS | 34 | 5 | 1191 | ⟨272⟩ | |
| RECEIPTS | 0 | 0 | 81552 | 0 | |
| TRANSFERS BETWEEN ACCOUNTS | ⟨13⟩ | 0 | ⟨53893⟩ | 10794 | |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | |
| CHECKS/OTHER DISBURSEMENTS | ⟨21⟩ | ⟨5⟩ | ⟨23018⟩ | ⟨10788⟩ | |
| ENDING CASH - PER BOOKS | 0 | 0 | 6832 | 34 | |

MOR-8

Revised 6/14/96

PAGE 1 OF 3

CASE NAME: Colony Lodging, Inc.     CASE NUMBER: 10-60909-RBK

## CASH ACCOUNT RECONCILIATION
### MONTH OF August (Post-Petition)

| BANK NAME | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #9245844072 | #9245844099 | #9245844080 | #1993710346 | #1993710639 |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | DEPOSITORY | MANAGERS |
| BANK BALANCE | 7493 | 500 | 1840 | 1693 | 71 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 0 | 0 |
| OUTSTANDING CHECKS | ⟨7092⟩ | 0 | 0 | 0 | 0 |
| ADJUSTED BANK BALANCE | 401 | 500 | 1840 | 1693 | 71 |
| BEGINNING CASH - PER BOOKS | 0 | 0 | 0 | 0 | 0 |
| RECEIPTS | 0 | 0 | 0 | 7193 | 0 |
| TRANSFERS BETWEEN ACCOUNTS | 45172 | 500 | 1840 | ⟨5500⟩ | 100 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | 0 |
| CHECKS/OTHER DISBURSEMENTS | ⟨44771⟩ | 0 | 0 | 0 | ⟨29⟩ |
| ENDING CASH - PER BOOKS | 401 | 500 | 1840 | 1693 | 71 |

MOR-8

Page 2 of 3

Revised 6/14/96

CASE NAME: Colony Lodging, Inc.  CASE NUMBER: 10-60909-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF August

| BANK NAME | | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | # | # | # | |
| ACCOUNT TYPE | ~~OPERATING~~ | ~~PAYROLL~~ | ~~TAX~~ | ~~OTHER~~ TOTAL |
| BANK BALANCE | | | | 19009 |
| DEPOSIT IN TRANSIT | | | | 100 |
| OUTSTANDING CHECKS | | | | (7738) |
| ADJUSTED BANK BALANCE | | | | 11371 |
| BEGINNING CASH - PER BOOKS | | | | 958 |
| RECEIPTS | | | | 88745 |
| TRANSFERS BETWEEN ACCOUNTS | | | | 0 |
| (WITHDRAWAL) CONTRIBUTION-BY INDIVIDUAL DEBTOR MFR-2 | | | | 0 |
| CHECKS/OTHER DISBURSEMENTS | | | | (78332) |
| ENDING CASH - PER BOOKS | | | | 11371 |

MOR-8

PAGE 3 of 3

CASE NAME: Colony Lodging, Inc.  
CASE NUMBER: 10-60909-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | | | | | |

MOR-9

Revised 6/14/96

## Colony Expense Report

| GL Code | | AUGUST BUDGET | AUGUST ACTUAL (7/27-8/31) | VARIANCE | COMMENTS |
|---|---|---|---|---|---|
| 6000 | Advertising | | | | |
| | BCS Eagle | $ 107.00 | | ($107.00) | |
| | Apartment Finder | $ 168.00 | | ($168.00) | |
| | Illustratus | $ 80.50 | | ($80.50) | |
| | (Newsletter) | | | $0.00 | |
| 7200 | Utilities | | | | |
| | College Station Utilites | $ 13,627.20 | | ($13,627.20) | |
| 7220 | Atmos Gas | $ 130.00 | $120.44 | ($9.56) | |
| 7170/2 | Suddenlink | $ 9,887.89 | | ($9,887.89) | |
| 7230 | (Internet, cable & phone) | | | $0.00 | |
| 6025 | Dues/License/Membership | | | $0.00 | |
| | BCS Apartment Association | $ 42.89 | $214.45 | $171.56 | |
| 6081 | Software | | | $0.00 | |
| | AMSI | $ 170.56 | | ($170.56) | |
| 7230 | Telephone | | | $0.00 | |
| | AT&T | $ 51.35 | | ($51.35) | |
| | Kings 111 | $ 90.93 | | ($90.93) | |
| | (Emergency pool phone) | | | $0.00 | |
| | Maintenance | | | | |
| | Lawn care | | $30.00 | $30.00 | |
| 7070 | Advanced Carpet Cleaning | $ 2,000.00 | | ($2,000.00) | |
| 1180 | Back 2 New Tub Resurfacing | $ 900.00 | | ($900.00) | |
| 7100 | Plumbing Supplies | $ 1,000.00 | $38.10 | ($961.90) | |
| 7085 | HVAC Supplies | $ 1,000.00 | $16.40 | ($983.60) | |
| 7130 | Miscellaneous Maintenance Supplies | $ 1,000.00 | $1,174.82 | $174.82 | |
| 1145 | Carpet Replacement | $ 3,500.00 | $151.55 | ($3,348.45) | |
| | Painting | $ - | $210.49 | $210.49 | |
| 6085 | Office Supplies | $ 500.00 | $300.35 | ($199.65) | |
| | Bank Charges | | $100.64 | $100.64 | |
| | Pest Control | | | $0.00 | |
| 7235 | Swoboda | $ 253.31 | | ($253.31) | |
| | | | | $0.00 | |
| 7310 | Property Insurance | $ 1,800.00 | $10,999.05 | $9,199.05 | $4200/monthly |
| | Liability Insurance | $ - | $9,809.09 | $9,809.09 | Full year premium required. |
| | Payroll | | | $0.00 | |
| 8200 | Onsite Manager | $ 3,166.68 | $3,266.68 | $100.00 | |
| | Bonnie Fritts-$1583.34 Semi-Monthly | | | $0.00 | |
| 8220 | Leasing Salary | | | | |
| | Andrea Stacy-$8.50/Hour Full-Time | $ 1,360.00 | $1,484.32 | $124.32 | |
| | Matt Brown-$8.00/Hour Full-Time | $ 1,280.00 | $1,317.92 | $37.92 | |
| | Caroline Bayne-$8.00/Hour Part-Time | $ 500.00 | $425.76 | ($74.24) | |
| 8230 | Maintenance Salary | | | | |
| | Patrick Howard $12.00/Hour Full-Time | $ 2,100.00 | $1,842.78 | ($257.22) | |
| | Andrew Cibrian $9.00/Hour Full-Time | $ 1,440.00 | $1,838.97 | $398.97 | |
| | James Aguilar $9.00/Hour Full-Time | $ 1,440.00 | $976.64 | ($463.36) | |
| | Jose Contreras $8.00/Hour Part-Time | $ 500.00 | $22.48 | ($477.52) | |
| | Payroll Taxes (approx) | $ 1,000.00 | $854.77 | ($145.23) | |
| | Reseerve for Prop taxes ($120000 annual) | $ 10,000.00 | | ($10,000.00) | |
| | Accounting/Data processing BCSK (8.15% gros | $ 9,252.51 | $6,608.94 | ($2,643.57) | 8.5% of actual is $7,321.50 |
| | (Budget=Based on $108853) | | | | |
| | TOTAL OPERATIONS | $ 68,348.82 | $ 41,804.64 | $26,544.18 | |
| | Debt service to Pacific Mercantile Bank (PMB) | $ 39,751.82 | $39,751.82 | $0.00 | |
| | **TOTAL BUDGETED CASH OUTFLOW** | $108,100.64 | **$ 81,556.46** | $26,544.18 | |

```
LESS: CHILD SUPPORT
    WITHHELD (NOT REMITTED YET)     (483.00)
LESS: PAYROLL TAXES
    WITHHELD (NOT REMITTED YET)    (2668.54)
LESS: MISC. TO RECONCILE            (72.00)
TOTAL DISBURSEMENTS              $78332
```