The relief described hereinbelow is SO ORDERED.

Signed September 29, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC., | § | CASE NO. 10-60909-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

On September 29, 2010, came on to be heard the "Emergency Motion of Pacific Mercantile Bancorp to Prohibit Use of Cash Collateral" (Court document #3), and it appears to the Court that the Motion should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Emergency Motion to Prohibit Use of Cash Collateral* is hereby **DISMISSED AS MOOT**.

# # #