**Expedited hearing shall be held on 10/12/2010 at 09:00 AM in Austin Courtroom 2. Movant is responsible for notice.**



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 01, 2010**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC. | § | CASE NO. 10-60909 |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920 |
| ROSSCO HOLDINGS, INC. | § | CASE NO. 10-60953 |
| WM PROPERTIES, LTD. | § | CASE NO. 10-60918 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |
| | § | |

**ORDER GRANTING OMNIBUS MOTION TO EXPEDITE HEARING ON EMERGENCY MOTION BY PACIFIC MERCANTILE BANK TO APPOINT A CHAPTER 11 TRUSTEE OR, IN THE ALTERNATIVE, APPOINT AN EXAMINER**

Upon the motion (the "Motion to Expedite")[1] filed on October 1, 2010 by Pacific Mercantile Bank seeking entry of an order expediting its hearing on its *Emergency Motion by Pacific Mercantile Bank to Appoint a Chapter 11 Trustee or, in the Alternative, Appoint an Examiner* (the "Motion"), it appearing that good cause exists to grant the requested relief; the Court having considered the Motion to Expedite and all related pleadings and documents; it

---

[1] Capitalized terms not defined herein have the same meaning ascribed to them in the Motion.

appearing that the form, scope, and timing of notice of the Motion to Expedite was adequate under the circumstances;

    IT IS HEREBY ORDERED that:

1.  The Motion to Expedite is granted in its entirety.

2.  The hearing on the Motion is set for expedited hearing on _____, \_\_\_\_, 2010 at \_\_\_\_ \_\_.m. before the Honorable Ronald B. King at the Hipolito F. Garcia Federal Building and United States Courthouse, 615 E. Houston St., Room 505, San Antonio, Texas 78295-1439.

3.  PMB will provide notice of the hearing.

4.  This Court will retain jurisdiction to hear and determine all matters arising from implementation of this Order.

####

Order prepared and submitted by:
Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: ptomasco@munsch.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
California State Bar No. 209915
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jrawlins@winston.com

**ATTORNEYS FOR PACIFIC MERCANTILE BANK**