**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 12, 2010.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC. | § | CASE NO. 10-60909 |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920 |
| ROSSCO HOLDINGS, INC. | § | CASE NO. 10-60953 |
| WM PROPERTIES, LTD. | § | CASE NO. 10-60918 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |
| | § | |

### ORDER TRANSFERRING VENUE OF THE DEBTORS' BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES DIVISION)

Upon the motion (the "Motion") of Pacific Mercantile Bank under 11 U.S.C. § 105(a), and Rule 1014 of the Federal Rules of Bankruptcy Procedure for entry of an order transferring and changing venue of the above-captioned bankruptcy proceedings (the "Bankruptcy Cases") to the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "California Bankruptcy Court"), and the Court having reviewed the pleadings and hearing the evidence presented and the arguments of counsel, finds that the Motion should be GRANTED as provided herein. It is therefore, ORDERED as follows:

1. The Motion is granted in its entirety.

-1-

2. The venue of the Bankruptcy Cases is hereby transferred to the California Bankruptcy Court pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 1014(a)(1).

3. All orders previously entered in the Debtors' bankruptcy cases shall remain in full force and effect notwithstanding the transfer of venue.

####

LA:276916.1

Order prepared and submitted by:
Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: ptomasco@munsch.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
California State Bar No. 209915
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jrawlins@winston.com

**ATTORNEYS FOR PACIFIC MERCANTILE BANK**