**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 15, 2010.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| COLONY LODGING, INC. | § | CASE NO. 10-60909-RBK |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

### ORDER APPROVING STIPULATION WITH REGARD TO MOTION OF PACIFIC MERCANTILE BANK FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362(D)(1)

The Court, having considered the *Stipulation with Regard to Motion of Pacific Mercantile Bank for Relief from Automatic Stay Under Section 362(D)(1)* [Docket No. 140] (the "Stipulation"), and the Court having determined that the Stipulation is fair and reasonable and in the best interests of the Debtor, its estate and creditors, it is therefore **ORDERED** as follows:

1. The Stipulation is approved in its entirety;

2. This Order will be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code;

LA:279147.1

3. The Court will retain jurisdiction to hear and determine all matters arising from implementation of this Order.

# # #

Order prepared and submitted by:
Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: ptomasco@munsch.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
California State Bar No. 209915
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jrawlins@winston.com

ATTORNEYS FOR PACIFIC MERCANTILE BANK